UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| ARIEL FIORDALISA PEREZ, | CV No. |
| Plaintiff, | |
| -against- | **NOTICE OF REMOVAL** |
| TOTAL FLEET SERVICES, LLC, and "JOHN DOE" fictitious, true name intended for the operator of a 2016 Ford motor vehicle bearing Massachusetts registration number 1PLL56, | DEFENDANT DEMANDS A TRIAL BY JURY |
| Defendants. | |

------------------------------------------------------------------X

PLEASE TAKE NOTICE, that a Notice for Removal of the above-entitled action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York (a copy of which is annexed hereto) was duly filed this date in the United States District Court for the Southern District of New York, by the defendant, TOTAL FLEET SERVICES, LLC.

DATED:   Bethpage, New York
         April 12, 2022

_____
FRANCIS J. SCAHILL (FJS-9392)
SCAHILL LAW GROUP P.C.
Attorney for Defendant
TOTAL FLEET SERVICES, LLC
1065 Stewart Avenue, Suite 210
Bethpage, New York 11714
(516) 294-5200

TO: WILLIAM SCHWITZER & ASSOCIATES, P.C.
Attorneys for Plaintiff
820 Second Avenue
New York, New York 10017
(212) 685-7800

CLERK OF SUPREME COURT,
BRONX COUNTY
851 Grand Concourse
Bronx, New York 10451

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ARIEL FIORDALISA PEREZ,

                Plaintiff,              CV No.

    -against-                      **NOTICE OF REMOVAL**

TOTAL FLEET SERVICES, LLC, and "JOHN DOE"
fictitious, true name intended for the operator of a
2016 Ford motor vehicle bearing Massachusetts    Bronx County
registration number 1PLL56,                    Index No. 813339/21E

                Defendants.
------------------------------------------------------------------X

## TO THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

The defendant, TOTAL FLEET SERVICES, LLC, requests removal of this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York, and respectfully shows to this Honorable Court:

FIRST:  That Total Fleet Services, LLC is the defendant in a civil action brought against it in the Supreme Court of the State of New York, County of Bronx, entitled:

--------------------------------------------------------X
ARIEL FIORDALISA PEREZ,

                Plaintiff,

    -against-

TOTAL FLEET SERVICES, LLC, and "JOHN DOE"
fictitious, true name intended for the operator of a
2016 Ford motor vehicle bearing Massachusetts
registration number 1PLL56,

                Defendants.
--------------------------------------------------------X

SECOND: The said action was commenced by the service of the summons and complaint upon the defendant, TOTAL FLEET SERVICES, LLC, on or about October 18, 2021. The defendant, TOTAL FLEET SERVICES, LLC, served a Verified Answer upon plaintiff's counsel on January 25, 2022. Copies of the Summons and Complaint and Answer are attached hereto and constitute all known process and pleadings served upon defendant to date.

THIRD: In the above-described action, the plaintiff alleges that she sustained personal injuries due to the negligence of the defendant as the result of an automobile accident which occurred on July 21, 2021.

FOURTH: The plaintiff, ARIEL FIORDALISA PEREZ, is a resident and a citizen of New York County, State of New York.

FIFTH: The defendant, TOTAL FLEET SERVICES, LLC, is a limited liability company located in Norfolk County, State of Massachusetts.

SIXTH: The within action is one over which this Court has jurisdiction by virtue of 28 USC Section 1322 on the grounds that the Court has diversity jurisdiction in actions where the parties are residents of different states.

SEVENTH: The amount in controversy exceeds $75,000.00.

EIGHTH: The within Notice of Removal is filed within 30 days of receipt, by the moving defendant, of the Summons and Complaint, pursuant to 28 U.S.C. § 1446(b).

WHEREFORE, the defendant, TOTAL FLEET SERVICES, LLC, prays that this action be removed to the United States District Court for the Southern District of New York and that this case proceed in this Court as a properly removed cause, and that the defendant has such other, further and different relief as this Court may deem to be just and proper.

DATED: Bethpage, New York
April 12, 2012

_____
FRANCIS J. SCAHILL (FJS-9392)
SCAHILL LAW GROUP P.C.
Attorney for Defendant
TOTAL FLEET SERVICES, LLC
1065 Stewart Avenue, Suite 210
Bethpage, New York 11714
(516) 294-5200

TO:   WILLIAM SCHWITZER & ASSOCIATES, P.C.
Attorneys for Plaintiff
820 Second Avenue
New York, New York 10017
(212) 685-7800

CLERK OF SUPREME COURT,
BRONX COUNTY
851 Grand Concourse
Bronx, New York 10451

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
cv
_____

ARIEL FIORDALISA PEREZ,

                                Plaintiff,

       -against-

TOTAL FLEET SERVICES LLC., and "JOHN DOE" fictitious, true name intended for the operator of a 2016 Ford motor vehicle bearing Massachusetts registration number 1PLL56,

                                Defendants.
_____

## NOTICE OF REMOVAL

_____

**SCAHILL LAW GROUP P.C.**
Attorneys for Defendants
1065 Stewart Avenue, Suite 210
Bethpage, New York 11714
(516) 294-5200

_____

_____

Please take notice
☐ Notice of entry
that the within is a (*certified*) true copy of a _____ duly entered in the office of the clerk of the within named court on _____

☐Notice of Settlement
that an order ^ of which the within is a true copy will be presented for _____ settlement to the HON. _____ one of the judges of the within named court, at _____ on _____

Dated: Bethpage, New York

To: All Parties

                             **SCAHILL LAW GROUP P.C.**
                             Attorneys for Defendants
                             1065 Stewart Avenue, Suite 210
                             Bethpage, New York 11714
                             (516) 294-5200