SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X
ARIEL FIORDALISA PEREZ,

                                  Plaintiff,

     -against-


TOTAL FLEET SERVICES LLC., and "JOHN DOE" fictitious, true name intended for the operator of a 2016 Ford motor vehicle bearing Massachusetts registration number 1PLL56,

                                  Defendants.
-------------------------------------------------------------------X

Index No.:
Date Purchased: 10/01/2021

**SUMMONS**

Plaintiff designates **BRONX** County as the place of trial.

The basis of venue is:
**SITE OF OCCURRENCE**

County of **BRONX**

**To the above named Defendants:**

      **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
       October 1, 2021

                                YADGAROV & ASSOCIATES, PLLC

                                _____
                                ROBERT YADGAROV, ESQ.
                                Attorneys for Plaintiff
                                **ARIEL FIORDALISA PEREZ**
                                820 Second Avenue-Suite 1100
                                New York, New York  10017
                                (212) 581-2500
                                Our File: 21-4316

TO:
TOTAL FLEET SERVICES LLC.
859 Willard Street
Quincy, MA  02169

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
ARIEL FIORDALISA PEREZ,

                      Plaintiff,

-against-

TOTAL FLEET SERVICES LLC., and "JOHN DOE"
fictitious, true name intended for the operator of a
2016 Ford motor vehicle bearing Massachusetts
registration number 1PLL56

                      Defendants.
------------------------------------------------------------------X

Index No.:
Date Purchased: 10/01/2021

**VERIFIED COMPLAINT**

      Plaintiff, by her attorneys, **YADGAROV & ASSOCIATES, PLLC**, complaining of the Defendants, respectfully alleges upon information and belief:

### AS AND A FIRST CAUSE OF ACTION ON BEHALF
### OF PLAINTIFF ARIEL FIORDALISA PEREZ

      1.      At all times herein mentioned, Plaintiff **ARIEL FIORDALISA PEREZ** was, and still is, a resident of the City, County and State of New York.

      2.      At all times herein mentioned, Defendant **TOTAL FLEET SERVICES LLC.**, was, and still is, a foreign limited liability company authorized to do business in the State of New York.

      3.      At all times herein mentioned, Defendant **TOTAL FLEET SERVICES LLC.**, was, and still is, a maintained a principal place of business in the County of Norfolk, State of Massachusetts.

4. That on July 21, 2021, and at all times herein mentioned, Defendant **TOTAL FLEET SERVICES LLC.**, was the owner of a 2016 Ford motor vehicle bearing Massachusetts State registration number 1PLL56.

5. That on July 21, 2021, and at all times herein mentioned, Defendant **"JOHN DOE"** operated the aforementioned 2016 Ford motor vehicle bearing Massachusetts State registration number 1PLL56.

6. That on July 21, 2021, and at all times herein mentioned, Defendant **"JOHN DOE"** operated the aforementioned 2016 Ford motor vehicle bearing Massachusetts State registration number 1PLL56 with the permission of Defendant **TOTAL FLEET SERVICES LLC.**

7. That on July 21, 2021, and at all times herein mentioned, Defendant **"JOHN DOE"** operated the aforementioned 2016 Ford motor vehicle bearing Massachusetts State registration number 1PLL56 with the knowledge of Defendant **TOTAL FLEET SERVICES LLC.**

8. That on July 21, 2021, and at all times herein mentioned, Defendant **"JOHN DOE"** operated the aforementioned 2016 Ford motor vehicle bearing Massachusetts State registration number 1PLL56 with the consent of Defendant **TOTAL FLEET SERVICES LLC.**

9. That on July 21, 2021, and at all times herein mentioned, Defendant **"JOHN DOE"** operated the aforementioned 2016 Ford motor vehicle bearing Massachusetts State registration number 1PLL56 in the scope of his/her employment with Defendant **TOTAL FLEET SERVICES LLC.**

10. That on July 21, 2021, and at all times herein mentioned, Defendant **TOTAL FLEET SERVICES LLC.,** managed the aforementioned motor vehicle.

11. That on July 21, 2021, and at all times herein mentioned, Defendant **"JOHN DOE"** managed the aforementioned motor vehicle.

12. That on July 21, 2021, and at all times herein mentioned, Defendant **TOTAL FLEET SERVICES LLC.,** maintained the aforementioned motor vehicle.

13. That on July 21, 2021, and at all times herein mentioned, Defendant **"JOHN DOE"** maintained the aforementioned motor vehicle.

14. That on July 21, 2021, and at all times herein mentioned, Defendant **TOTAL FLEET SERVICES LLC.,** controlled the aforementioned motor vehicle.

15. That on July 21, 2021, and at all times herein mentioned, Defendant **"JOHN DOE"** controlled the aforementioned motor vehicle.

16. That on July 21, 2021, and at all times herein mentioned, Plaintiff **ARIEL FIORDALISA PEREZ** was the owner of a 2014 Toyota motor vehicle bearing NY State registration number T735111C.

17. That on July 21, 2021, and at all times herein mentioned, Plaintiff **ARIEL FIORDALISA PEREZ** was the operator of the 2014 Toyota motor vehicle bearing NY State registration number T735111C.

18. At all times herein mentioned, on the Major Deegan at or near its intersection with Exit 19, County of Bronx and State of New York were public roadways and thoroughfares.

19. That on July 21, 2021, Defendant "JOHN DOE" was operating the aforesaid motor vehicle owned by Defendant **TOTAL FLEET SERVICES LLC.,** at the aforementioned location.

20. That on July 21, 2021, Plaintiff **ARIEL FIORDALISA PEREZ** was operating the aforesaid motor vehicle at the aforementioned location.

21. That on July 21, 2021, the motor vehicle owned by Defendant **TOTAL FLEET SERVICES LLC.,** operated by Defendant **"JOHN DOE"** came into contact with the rear of the motor vehicle owned and operated Plaintiff **ARIEL FIORDALISA PEREZ** at the aforementioned location.

22. That as a result of the aforesaid contact, Plaintiff **ARIEL FIORDALISA PEREZ** was injured.

23. That the aforesaid occurrence was caused wholly and solely by reason of the negligence, carelessness and recklessness of the Defendants, and without any fault or negligence on the part of the Plaintiff contributing thereto.

24. That Defendants were negligent, careless and reckless in the ownership, operation, management, maintenance, supervision, use and control of the aforesaid vehicle and the Defendants were otherwise negligent, careless and reckless under the circumstances then and there prevailing.

25. That Plaintiff **ARIEL FIORDALISA PEREZ** sustained serious injuries as defined by §5102(d) of the Insurance Law of the State of New York.

26. Upon information and belief, the Plaintiff is a "covered person" as defined by §5102 of the Insurance Law of the State of New York.

27. That Plaintiff **ARIEL FIORDALISA PEREZ** sustained serious injury and economic loss greater than basic economic loss as defined by §5104 of the Insurance Law of the State of New York.

28. The Plaintiff is not seeking to recover any damages for which Plaintiff has been reimbursed by no-fault insurance and/or for which no-fault insurance is obligated to reimburse Plaintiff. Plaintiff is seeking to recover only those damages not recoverable through no-fault insurance under the facts and circumstances in this action.

29. That this action falls within one or more of the exceptions set forth in CPLR §1602.

30. That by reason of the foregoing, Plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

AS AND OF A SECOND CAUSE OF ACTION
FOR PROPERTY DAMAGE ON BEHALF OF
PLAINTIFF ARIEL FIORDALISA PEREZ

31. Plaintiff **ARIEL FIORDALISA PEREZ**, repeats, reiterates and realleges each and every allegation contained herein as though fully set forth at length herein with the same force and effect as though fully set forth herein at length.

32. That on July 21, 2021, and at all times hereinafter mentioned, Plaintiff, **ARIEL FIORDALISA PEREZ**, was the owner of a 2014 Toyota motor vehicle bearing New York State registration number T735111C.

33. That as a result of the aforesaid collision, Plaintiff, **ARIEL FIORDALISA PEREZ** motor vehicle was damaged in a sum that exceeds the jurisdictional limits of all lower court which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff demands judgment against the Defendants herein on the First and Second causes of action, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs of these actions.

Dated: New York, New York
October 1, 2021

Yours, etc.

_____
ROBERT YADGAROV, ESQ.
**YADGAROV & ASSOCIATES, PLLC**
Attorneys for Plaintiff
**ARIEL FIORDALISA PEREZ**
820 Second Avenue-Suite 1100
New York, New York  10017
(212) 581-2500
Our File: 21-4316

# VERIFICATION

STATE OF NEW YORK
                    ss:
COUNTY OF  NY

_Ariel Fiordalisa Perez_, being duly sworn, says: I am a _Plaintiff_ in the action herein: I have read the annexed _Complaint_ and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my personal files.

DATED:    NEW YORK, NEW YORK
          October 1, 2021

_Ariel F. Perez_

Sworn to before me this
_1st_ day of _October_, 2021

_C. Patricia Tudela_
Notary Public

```
C. PATRICIA TUDELA
Notary Public, State of New York
Registration #01TU4913711
Qualified In Queens County
Commission Expires Dec. 7, 2021
```

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

INDEX NO.:

ARIEL FIORDALISA PEREZ,

Plaintiff,

-against-

TOTAL FLEET SERVICES LLC., and "JOHN DOE" fictitious, true name intended for the operator of a 2016 Ford motor vehicle bearing Massachusetts registration number 1PLL56,

Defendants.

**SUMMONS AND VERIFIED COMPLAINT**

**YADGAROV & ASSOCIATES, PLLC**
*Attorneys for Plaintiff(s)*
820 Second Avenue – Suite 1100
New York, New York 10017
(212) 581-2500
File No.: 21-4316

Signature (Rule 130-1.1-a)

*Robert Yadgarov*

By: ROBERT S. YADGAROV, ESQ.

a Copy of the within is hereby admitted.

_____
Signature and Date

TO:   CLERK OF BRONX COUNTY

PLEASE TAKE NOTICE:

☐ **NOTICE OF ENTRY**

that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on                    20

☐ **NOTICE OF SETTLEMENT**

that an order will be presented for settlement to the HON.                      of which the within is a true copy
within named Court, at                                              One of the judges of the
on                  20       at

Dated,                          Yours, etc.